Cuyahoga County Bar Association *v.* Griffin.

[Cite as *Cuyahoga Cty. Bar Assn. v. Griffin* (2000), 90 Ohio St.3d 307.]

(No. 00–835—Submitted July 6, 2000—Decided November 15, 2000.)

308

---

*Robert J. Vecchio, Mary Ann O. Rini* and *Ellen S. Mandell,* for relator.

*Bernard Redfield,* for respondent.

---

**Per Curiam.** We adopt the findings, conclusions, and recommendations of the board. Respondent is hereby suspended from the practice of law for eighteen months, with all eighteen months of the suspension stayed, and respondent is placed on probation. During the eighteen months of probation, relator shall monitor respondent's law practice, and respondent shall establish and maintain a trust account for client funds. A violation of the conditions of probation may result in the revocation of probation and reinstatement of any stayed suspension. Gov.Bar R. V(9)(E). Costs are taxed to respondent.

*Judgment accordingly.*

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

COOK, J., dissents.

---

**LUNDBERG STRATTON, J., dissenting.** I respectfully dissent. I agree with the recommendation to suspend respondent from the practice of law for eighteen months. However, I would stay only twelve months of the suspension. I believe that respondent's egregious behavior and multiple violations of Disciplinary Rules warrant, at a minimum, an actual suspension of six months.

MOYER, C.J., concurs in the foregoing dissenting opinion.